UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                :
TWIN CITY FIRE INSURANCE COMPANY,    :
                                                :
               Plaintiff,           :    03 CIV. 758 (DLC)
                                                :
          -v-                       :    <u>ORDER</u>
                                                :
CLIFFORD L. ALEXANDER, JR.; JAMES C.  :
ALLEN; JUDITH AREEN; CARL J. AYCOCK; :
RONALD BEAUMONT; MAX E. BOBBITT;     :
BERNARD J. EBBERS; FRANCESCO GALESI; :
STILES A. KELLETT; GORDON S. MACKLIN; :
SUSAN MAYER; JOHN A. PORTER; BURT C. :
ROBERTS; JOHN W. SIDGMORE; SCOTT D.  :
SULLIVAN; JUAN VILLALONGA; BUFORD    :
YATES, JR.; BETTY L. VINSON; TROY M. :
NORMAND; and JOHN DOES 1-50,        :
                                                :
              Defendants.          :
                                                :
----------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/26/08]

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:    New York, New York
           March 26, 2008

                                                _____
                                                  DENISE COTE
                                      United States District Judge